EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR MOTION FOR ADMISSION PRO HAC VICE PAYABLE TO CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 OCT 17 P 12: 31

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY
FEE PAID
FEE NOT PAID

A&A GLOBAL INDUSTRIES, INC.,
        Plaintiff(s)

vs.

L.M. BECKER & CO., INC.

        Defendant(s)

Civil Action No. CCB-00-CV-2361

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Geoffrey H. Genth__ Esquire a member of the Bar of this court, moves the admission of __David R. Cross__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __defendant__.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Wisconsin__

and/or the following United States Court(s): __for the Eastern and Western District of Wisconsin, the First, Seventh, Ninth and Federal Circuits.__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

Revised 4/17/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or Geoffrey H. Genth _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

_[signature]_
Signature

Geoffrey H. Genth
Address

Kramon & Graham, P.A./One South Street
Ste 2600/Baltimore MD 21202-3201

Office phone number

(410) 752-6030
Fax number

(410) 539-1269

Md. U. S. District Court Number

PROPOSED ADMITTEE:

_[signature]_
Signature

David R. Cross
Address

Quarles & Brady LLP/411 E. Wisconsin Ave./Ste 2040
Milwaukee WI 53202-4497

Office phone number

(414) 277-5669
Fax number — (414) 271-3552

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_____                                 _____
Dated                                                                    Judge

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR MOTION ADMISSION PRO HAC VICE PAYABLE TO CLERK, U.S. DISTRICT COURT.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| A&A GLOBAL INDUSTRIES, INC. | * | |
| Plaintiff(s) | * | Civil Action No. CCB-00-CV-2361 |
| vs. | * | |
| L. M. BECKER & CO., INC. | * | |
| | * | |
| Defendant(s) | * | ☑ FEE PAID |
| | | ☐ FEE NOT PAID (SEND LETTER) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Geoffrey H. Genth__ Esquire a member of the Bar of this court, moves the admission of __Christopher E. Ware__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __L. M. Becker & Co.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Wisconsin and Ohio__

and/or the following United States Court(s): __United States District Court - Eastern District of Wisconsin; United States Court of Appeals, Seventh Circuit__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __Never disbarred, suspended or denied admission to practice.__

Revised 4/17/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| Signature   Geoffrey H. Genth | Signature |
| Kramon & Graham, P.A. | 411 E. Wisconsin Ave. |
| Address   One South Street Suite 2600 Baltimore, MD 21202 | Address  Milwaukee, WI 53202 |
| 410-752-6030 | 414-277-5679 |
| Office phone number | Office phone number |
| 410-539-1269 | 414-271-3552 |
| Fax number | Fax number |

_____
Md. U. S. District Court Number

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_____
Dated
                                                                Judge

LAW OFFICES
# KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201 
TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

GEOFFREY H. GENTH
DIRECT DIAL
(410) 347-7436

ALSO ADMITTED IN NY

E-MAIL
ggenth@kg-law.com

October 4, 2000

**BY HAND-DELIVERY**
Ms. Felicia Cannon, Clerk
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re: A&A Global Industries, Inc. v. L.M. Becker & Co., Inc.
        <u>Civil Action No. CCB-00-CV-2361</u>

Dear Ms. Cannon:

  Enclosed for filing in the above-captioned case, please find an original and three copies of each of the following papers, as well as our check to cover filing fees.

  1. Motion for Admission *Pro Hac Vice* for David R. Cross; and

  2. Motion for Admission *Pro Hac Vice* for Christopher E. Ware.

  Please date-stamp one copy of each of the motions and return them to the waiting messenger for my file.

  Thank you for your attention to this matter.

        Sincerely,

        Geoffrey H. Genth

GHG:jdm
Enclosures
cc: Christopher E. Ware, Esquire (facsimile and first-class mail w/encl.)
   David R. Cross, Esquire (facsimile and first-class mail w/encl.)
   Maurice U. Cahn, Esquire (first-class mail w/encl.)