UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

A&A GLOBAL INDUSTRIES, INC.,

        Plaintiff,

v.                                           Case No. CCB-00-CV-2361

L.M. BECKER & CO., INC.,

        Defendant.

## STIPULATION FOR FURTHER ENLARGEMENT OF TIME

Plaintiff and defendant, by their respective counsel, hereby stipulate that defendant has up to and including December 8, 2000, within which to answer or otherwise respond to the complaint. The parties agree to this further enlargement of time because they are actively pursuing settlement of this dispute.

QUARLES & BRADY LLP

Dated: 11-13-00

_____
David R. Cross
411 East Wisconsin Avenue
Suite 2040
Milwaukee WI 53202
(414) 277-5669
Attorneys for Defendant

CAHN & SAMUELS, LLP

Dated: 11/21/00

_____
Maurice U. Cahn
2000 P Street Northwest
Suite 200
Washington DC 20036
(202) 331-8777
Attorneys for Plaintiff

"Approved" THIS 22nd DAY OF November, 2000

_____
UNITED STATES DISTRICT JUDGE

QBMKE\4650374.1



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of

**STIPULATION FOR FURTHER ENLARGEMENT OF TIME**

was served on Defendants' attorney by first class mail, postage prepaid, and by facsimile, this 21st day of November 2000 to the following address:

David R. Cross, Esq.<br>
QUARLES & BRADY, LLP<br>
411 East Milwaukee Avenue, Suite 2040<br>
Milwaukee, WI 53202

By: _____
Maurice U. Cahn