THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| A&A GLOBAL INDUSTRIES, INC. <br> (a Maryland Corporation) <br> 2301 York Road <br> Timonium, Maryland 21094 <br><br> Plaintiff, <br><br> vs. <br><br> L.M. BECKER & CO., INC. <br> d/b/a TOYn'JOY <br> (a Wisconsin corporation) <br> P.O. Box 1459 <br> Appleton, Wisconsin 54913 | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CCB 00-CV-2361 |

## CONSENT JUDGMENT

The parties having entered into a Settlement Agreement and the Court being advised in the premises, it is hereby Ordered, Adjudged, and Decreed as follows:

1. The Plaintiff, A&A GLOBAL INDUSTRIES, INC. is the owner of United States Letters Patent 6,050,447 ("the '447 Patent") issued on April 18, 2000 by the United States Patent and Trademark Office.

2. Defendant, L.M. BECKER & CO., INC. has made, had made, used, displayed, promoted, offered for sale, or sold electronic bulk vending apparatus currently referred to in this Consent Judgment as the "TOY'N JOY" machine that it agrees is covered by one or more claims of the '447 Patent and was not authorized by A&A GLOBAL INDUSTRIES, INC. to make, use or sell such apparatus.



QBMKE 4681874.1

3.  For as long as the '447 Patent is valid and enforceable, Defendant, L.M. BECKER & CO., INC., its officers, agents, servants, employees, and attorneys and all persons in active concert or participation with any of the foregoing, are hereby PERMANENTLY ENJOINED from making, having made, importing, using, selling, advertising, promoting, offering for sale or selling, the TOY'N JOY machine and any other machine that would infringe the '447 Patent.

4.  Subject to the provisions herein, the above-captioned litigation is hereby DISMISSED, WITH PREJUDICE.

5.  The United States District Court for the District of Maryland has jurisdiction over the parties and subject matter and retains such jurisdiction for the purpose of enforcing the terms and conditions of this Consent Judgment and the Settlement Agreement filed herewith.

ENTERED this 9th day of February, 2001

_____
Judge, United States District Court

QBMKE 4681874 1